UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | 05 Civ. 9300 (GBD) |
| | : | ECF Case |
| BOUTRAILLE CORPORATION, | : | |
| TRINITY PARTNERS LTD., and | : | |
| JOHN CAMERON FRALEIGH, | : | |
| | : | |
| Defendants. | : | |
| | : | |

### STIPULATION OF DISMISSAL OF ACTION WITHOUT PREJUDICE

**WHEREAS** the parties in this case have reached an agreement as to the dismissal of this action without prejudice;

**IT IS THEREFORE STIPULATED AND AGREED** that:

1. Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, this action against defendants Boutraille Corporation, Trinity Partners Ltd. and John Cameron Fraleigh be, and is hereby, dismissed without prejudice;

2. Each party to this action shall bear its own costs, disbursements, attorneys' fees, and expenses; and

3. This Stipulation may be executed in counterpart, and copies exchanged by facsimile, by the attorneys listed below, each of whom represents and warrants his or her authority to do so and bind his or her client thereby.

Dated: October 23, 2008.

**SECURITIES AND EXCHANGE COMMISSION**

By: *Erica Y. Williams*
Erica Y. Williams (EW-1040)

*Attorney for Plaintiff*
Securities and Exchange Commission
100 F St., N.E.
Washington, D.C. 20549-4010
Phone: (202) 551-4450
Fax: (202) 772-9246
Williamse@sec.gov

**WILSON SONSINI GOODRICH & ROSATI**

By: *Nicholas Porritt*
Nicholas Porritt (NP-5291)

*Attorney for Defendants*
Boutraille Corporation
Trinity Partners Ltd.
John Cameron Fraleigh
1700 K Street, N.W., Fifth Floor
Washington, D.C. 20006-3817
Phone: (202) 973-8807
Fax: (202) 973-8899
nporrit@wsgr.com

2